AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Feb 02, 2022
SEAN F. McAVOY, CLERK

GRAHAM SHERRILL,

*Plaintiff*

v.

SGT. PATRICK STRAND, and UNKNOWN NAMED OFFICIALS (to be discovered by Discovery),

*Defendant*

Civil Action No. 2:21-cv-00244-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1). The Court certifies that any appeal of this dismissal would not be taken in good faith.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson .

Date: 02/02/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
*(By) Deputy Clerk*

Mishani Jack-Gonzalez